**Order entered September 13, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00904-CV

### IN THE INTEREST OF J.R., A CHILD

### On Appeal from the 305th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. JC-18-1023-X

## ORDER

The reporter's record in this accelerated appeal in a child protection case was first due August 9, 2019. That deadline was subsequently extended to September 3, 2019. In our order granting the extension, we cautioned Pamela Sumler, Official Court Reporter for the 305th Judicial District Court, that further extension requests would be disfavored.

Rather than file the reporter's record, Ms. Sumler filed, on September 12, 2019, a second request for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **September 20, 2019**. We expressly caution Ms. Sumler that failure to comply could result in the Court taking any necessary steps to ensure the record is filed, including ordering that she not sit as a reporter until she has complied.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Cheryl Lee Shannon, Presiding Judge of the 305th Judicial District Court, Ms. Sumler, and all parties.

/s/　　KEN MOLBERG
　　　　JUSTICE